IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDIE HUNTER, )<br>)<br>          Plaintiff    )<br>)<br>vs.                        )<br>)<br>)<br>WILLIAM SCHOUPPE, Warden of  )<br>Beaver County Jail,              )<br>)<br>          Defendant.   )  | Civil Action No. 06 - 1291<br><br>Judge Joy Flowers Conti/<br>Magistrate Judge Lisa Pupo Lenihan |

## **ORDER**

Eddie Hunter ("Plaintiff"), is a pre-trial detainee at the Beaver County Jail. He has filed a pro se civil rights suit pursuant to 42 U.S.C. § 1983 against William Schouppe, the Warden of the Jail. Plaintiff has filed a motion to proceed *in forma pauperis* status to pursue this suit (Doc. No. 1). When submitting a Motion to Proceed In Forma Pauperis, the Plaintiff is required to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(l). In addition to the aforementioned affidavit, Plaintiff is further required to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. 5 1915(a)(2).

In this case, Plaintiff has failed to submit a copy of his institutional account statement. In response to my previous Report and Recommendation dated October 2, 2006 (Doc. No. 2), Plaintiff responded that his inmate account statement was misplaced (Doc. No. 3).

      **AND NOW**, this 8th day of January, 2007,

      **IT IS ORDERED** that the Plaintiff file his verified inmate account statement with the court no later than January 30, 2007.  Failure to file his inmate account statement will result in a Report and Recommendation to dismiss this action for failure to prosecute.

      **IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                              s/Lisa Pupo Lenihan
                                              Lisa Pupo Lenihan
                                              United States Magistrate Judge


cc:     Joy Flowers Conti
        United States District Judge

        Eddie Hunter
        Beaver County Jail
        6000 Woodlawn Boulevard
        Aliquippa, PA 15001